IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SYLVESTER JACKSON,

                    Plaintiff,                  ORDER

     v.

                                                  11-cv-136-slc

RANDALL R. HEPP and RICK RAEMISCH,

                    Defendants.

---

This case is at the summary judgment stage, but briefing on defendants' motion for summary judgment has been stayed while the parties briefed plaintiff Sylvester Jackson's motion to stay the case because his January 2012 request for a legal loan was denied. In the meantime, the court issued a ruling in a similar case compelling the Department of Corrections to provide the pro se plaintiff with basic scribe materials. *Ripp v. Nickel*, no. 10-cv-492-bbc (March 14, 2002), *copy attached*. Also, the latest canteen statement provided by plaintiff seems to indicate that incoming funds have whittled his outstanding legal loans to under three dollars. This it is unclear to the court whether: (1) plaintiff can now pay off his legal loans (which should remove the barrier to him receiving a new legal loan); and (2) if plaintiff is still ineligible for legal loan, whether he still should be entitled to basic scribe materials as discussed in the *Ripp* order.

Accordingly, it is ORDERED that the parties should provide supplemental briefing on these two issues. Plaintiff will have until April 5, 2012 to submit his brief and defendants will have until April 12, 2012 to submit a response. No reply is necessary. A copy of the March 14, 2002 order in Ripp is attached to this order.

Entered this 26th day of March, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge