IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

SYLVESTER JACKSON,

                Plaintiff,                                      ORDER

  v.

                                                               11-cv-136-slc

RANDALL R. HEPP and RICK RAEMISCH,

                Defendants.

---

        In this case, plaintiff Sylvester Jackson is proceeding on a claim that defendants Randall Hepp and Rick Raemisch violated his First Amendment right to inmate-to-inmate legal correspondence. I previously granted plaintiff's motion for appointment of counsel and stayed proceedings in order to locate counsel for plaintiff. David Harth and David Anstaett, members of the Wisconsin Bar, have agreed to represent plaintiff, with the understanding that they will serve with no guarantee of compensation for their services. It is this court's intention that the appointment of these attorneys to represent plaintiff extends to proceedings in this court only.[1]

        Plaintiff should understand that because I am appointing counsel to represent him, he may not communicate directly with the court from this point forward. He must work directly with his lawyers and must permit them to exercise their professional judgment to determine which matters are appropriate to bring to the court's attention and in what form. Plaintiff does not have the right to require counsel to raise frivolous arguments or to follow every directive he makes. He should be prepared to accept the strategic decisions made by her lawyers even if he disagrees with some of them. In addition, plaintiff should understand that it is highly unlikely that this court would appoint another lawyer to represent him if he chooses not to work with these lawyers. The court will schedule a status conference to reset the schedule in this lawsuit.

---

[1] "Proceedings in this court" include all matters leading up to a final judgment on the merits, the filing of a Notice of Appeal, if appropriate, and ensuring that all steps are taken to transfer the record to the Court of Appeals for the Seventh Circuit.

ORDER

IT IS ORDERED that David Harth and David Anstaett are appointed to represent plaintiff in this case. Proceedings in this case remain STAYED pending a status conference, at which time a new schedule will be set for moving this case to resolution.

Entered this 13th day of June, 2012.

BY THE COURT:

/s/

STEPHEN L. CROCKER
Magistrate Judge